# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:95cr00051-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **DAMIEN NELSON.** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that Nelson's motion (Docket No. 280) is **CONSTRUED** as a 28 U.S.C. § 2255 motion and the Clerk is **DIRECTED** to docket it as such; Nelson's motion to vacate, set aside or correct sentence, pursuant to § 2255, is **DISMISSED without prejudice** as successive; and this case is **STRICKEN** from the active docket of the court.

Further, finding that Nelson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 27th day of August, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE